# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| v. | ) ) | Case No. | 6:18-mj-00021-MJS |
| ASIA ELIZABETH HARRIS-TOKUNO, | ) | | |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) Unless waived by the Court, the defendant must appear before:  **U.S. District Court, Yosemite on March 12, 2019 @ 10:00 am before Magistrate Judge Jeremy D. Peterson.**

*Place*

(5) Pending further Order of this Court, the defendant shall stay away and not have any contact with alleged victim, Aaron Muir, either directly or in-directly through mail, any electronic means, phone or via third party.

**TO U.S. MARSHAL: DELAY RELEASE until Thursday, April 19, 2018 at 7:30am directly to Kevin Mitchell of the Federal Defenders Office for immediate transportation to the program.**

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date:   4/18/2018

*Defendant's signature*

Date:   4/18/2018

*Judicial Officer's Signature*

Magistrate Judge Michael J. Seng
*Printed name and title*