| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | ASIA ELIZABETH HARRIS-TOKUNO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00021-MJS |
| Plaintiff, | STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(c) and 3564(d) ORDER |
| vs. | |
| ASIA ELIZABETH HARRIS-TOKUNO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for Asia Elizabeth Harris-Tokuno, that the Court may modify Special Condition 5 of Ms. Harris-Tokuno's probation to alter her participation in an inpatient treatment facility. Specifically, the parties have agreed that Ms. Harris-Tokuno may complete 30 days in inpatient care and a 60 day residence at a sober living facility with intense outpatient treatment.

This request is supported by the clinical team at her current inpatient treatment program. Asia's insurance benefits will cover her at her current inpatient treatment program until May 23, 2018, at which point she can continue using her insurance at a lower level of care in an intensive outpatient program. The clinical team is recommending that Asia transferred to Foundations Recovery Network in San Diego, a sober living environment that will set Asia up with an

| | |
|---|---|
| 1 | intensive outpatient program. This will ensure that the client has both a safe, sober home and a |
| 2 | place to continue treatment, organized by one company. With Foundations Recovery Network, |
| 3 | Ms. Harris-Tokuno will have access to individual and group therapies, integrated educational |
| 4 | sessions, case management, relapse prevention groups, medication management and holistic |
| 5 | approaches. Within the Foundations Intensive Outpatient Program, Asia will have weekly |
| 6 | meetings every Monday, Tuesday and Thursday from 5:45pm to 9pm. |

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 21, 2018         */s/ Susan St. Vincent*_____
                           Susan St. Vincent
                           Assistant United States Attorney
                           Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 21, 2018         */s/ Andrew Wong*_____
                           ANDREW WONG
                           Assistant Federal Defender
                           Attorney for Defendant
                           ASIA ELIZABETH HARRIS-TOKUNO

///
///
///
///
///
///
///
///
///

**O R D E R**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3563(c), the court hereby modifies Special Condition 5 as follows: "The defendant shall participate in an inpatient alcohol treatment program to obtain assistance for drug and/or alcohol abuse for a period of up to 30 days, followed by an additional period of 60 days during which the defendant shall reside in a sober living environment with intensive outpatient treatment. If the defendant's participation in outpatient alcohol treatment is terminated prior to 60 days for any reason, the defendant will inform the court through counsel. A termination for a reason other than the defendant's voluntary departure will not constitute a violation of probation; in such case, the court will consider other alternatives to satisfy the remaining balance of custody days." All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: May 22, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE