Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:18-MJ-0021-MJS |
| Plaintiff, | |
| v. | STIPULATION TO MODIFY CONDITIONS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c); AND ORDER THEREON |
| ASIA ELIZABETH HARRIS-TOKUNO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Asia Elizabeth Harris-Tokuno, by and through her attorney of record, Assistant Federal Defender Andrew Wong, that the Court modify the condition of Defendant's probation which prohibits contact with the victim, Aaron Muir. The victim is in agreement with this request.

On April 18, 2018, the Court sentenced the Defendant to 12 months of unsupervised probation. Condition 7 of that probation prohibits contact with the Victim either directly or indirectly through mail, any electronic means, phone or via third party. At that time, Magistrate Judge Seng stated the no contact order would be for the term of probation, but noted that 30 days would be a good "cooling off" period. He invited the parties to seek a modification from the Court after 30 days if the parties desired to resume contact. The parties, and the victim, hereby request the no contact order be modified to allow contact through mail, electronic means, phone or via third party. It would remain a condition of probation that the defendant have no direct in-

person contact with the victim.

The Defendant has completed 30 days at an in-patient treatment facility, and on May 22, 2018, this Court granted the parties' request to modify probation to allow the Defendant to reside at a sober living environment with intensive outpatient treatment. The modification of the no contact order would allow the Victim and Defendant to have restricted communications while she is participating in the outpatient treatment. The parties further request leave to petition the Court for further modifications to the term of probation regarding contact with the Victim as the Defendant's treatment progresses and circumstances warrant.

Dated: May 31, 2018

/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: May 21, 2018

/S/ Andrew Wong
Andrew Wong
Attorney for Defendant
Asia Elizabeth Harris-Tokuno

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, pursuant to 18 U.S.C. § 3563(c), the court hereby modifies probation as follows: "Pending further order of this court, the defendant shall stay away and have no in person contact with the victim, Aaron Muir. The defendant may communicate with the victim through the mail, electronic means, the telephone, or via third party contacts." All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  June 4, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE