Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> ASIA ELIZABETH HARRIS-TOKUNO, <br><br> Defendant. | Docket Number: 6:18-MJ-0021-JDP <br><br> **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 2, 2019. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on April 18, 2018.

.

Dated: March 22, 2019          NATIONAL PARK SERVICE

     /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 2, 2019, in the above referenced matter, *United States v. Harris-Tokuno, 6:18-MJ-0021-JDP*, be vacated.

IT IS SO ORDERED.

Dated: <u>March 25, 2019</u>   _____
UNITED STATES MAGISTRATE JUDGE